No. 15,197.

Dikeou *v.* Loveland et al.
(129 P. [2d] 990)

Decided September 14, 1942.   Rehearing denied October 5, 1942.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. E. V. Holland, for plaintiff in error.

Mr. Page M. Brereton, for defendants in error.